

**ORDERED in the Southern District of Florida on May 5, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 16-21845-AJC |
| JESUS CERRATO, | : | CHAPTER 7 |
| Debtor. | : | |

### ORDER SUSTAINING OBJECTION TO CLAIMS #1-1, #2-1, #3-1, #4-1, #5-1 AND ALLOWING CLAIMS #1-2 AND #2-2

This matter having been considered without hearing upon the Trustee's Objection to Claims [DE #46], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

ORDERED AND ADJUDGED as follows:

1. The Trustee's Objection to Claim #1-1, held by Quantum3 Group LLC is SUSTAINED and that Claim is stricken and disallowed; Claim #1-2 shall be allowed as a general unsecured claim.

2. The Trustee's Objection to Claim #2-1, held by PYOD, LLC is SUSTAINED and that Claim is stricken and disallowed; Claim #2-2 shall be allowed as a general unsecured claim.

3. The Trustee's objection to Claim #3-1 held by Sheffield Financial is **SUSTAINED** and that Claim is stricken and disallowed.

4. The Trustee's objection to Claim #4-1 held by Sheffield Financial is **SUSTAINED** and that Claim is stricken and disallowed.

5. The Trustee's objection to Claim #5-1 held by Sheffield Financial is **SUSTAINED** and that Claim is stricken and disallowed.

###

Submitted by:

ROBERT A. ANGUEIRA
Chapter 7 Trustee.
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail: trustee@rabankruptcy.com

Copies furnished to:
Robert A. Angueira, Trustee

(Trustee Robert Angueira is directed to serve copies of this Order upon the Debtor, Debtor's attorney, Trustee, U.S. Trustee and all parties who have requested notice, and to file a Certificate of Service with the Court confirming such service.)